FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN TIERNEY,                                    No. C 06-2167 SI

              Plaintiff,                          **PRETRIAL PREPARATION ORDER**

     v.

GENESIS FINANCIAL SOLUTIONS,

              Defendant.
_____/

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE: 10/13/06 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 12/15/06

DESIGNATION OF EXPERTS: 11/10/06; REBUTTAL: 11/10/06.
          Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 12/15/06.

DISPOSITIVE MOTIONS **SHALL** be filed by 1/19/07;

          Opp. Due 2/2/07;  Reply Due 2/9/07;

           and set for hearing no later than 2/23/07 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 4/3/07 at 3:30 PM.
Pretrial conference materials due no later than 3/20/07.

JURY TRIAL DATE: April 16, 2007 at 8:30 AM.,
          Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case is referred to the court's ADR Program for a mediation conference to occur within 60 days, i.e. by 9/29/06.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:    8/3/06

_____
SUSAN ILLSTON
United States District Judge

United States District Court

For the Northern District of California