IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN TIERNEY,            No. C 06-02167 SI

     Plaintiff,                **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; GRANTING DEFENDANT'S REQUEST FOR LIMITED STAY OF DISCOVERY**

   v.

GENESIS FINANCIAL SOLUTIONS INC., et al.,

     Defendants.
                                    /

     Plaintiff has filed a motion to compel regarding defendants' responses to plaintiff's request for production of documents Nos. 1-15. Although plaintiff's letter brief raises a number of issues, defendants are correct that plaintiff only raised two issues in the meet and confer process: whether defendants were required under Rule 34 to label the documents to correspond with categories in plaintiff's request, and whether defendants' document responses were verified by counsel. The latter issue was resolved through the meet and confer process, as defendants' responses were indeed verified by counsel.

     With respect to labeling documents, the Court agrees with defendants that Rule 34 permits a party to produce documents "as they are kept in the usual course of business." Fed. R. Civ. Proc. 34(b) ("A party who produces documents for inspection shall produce them as they are kept in the usual course of business *or* shall organize and label them to correspond with the categories in the request.") (emphasis added). Plaintiff has not articulated any persuasive reason to require defendant to organize and label the 27 pages of documents produced.

     To the extent plaintiff's motion to compel raises other issues, such as the preparation of a privilege log or defendants' general objections, plaintiff is ordered to engage in a meaningful meet and

confer with defendants. If disputes remain after the meet and confer, plaintiff may seek relief by filing an letter brief.

Finally, defendants request a brief stay on discovery pending the outcome of the parties' upcoming mediation on September 12, 2006. In light of the brief period of time at issue, and in the interest of minimizing all parties' costs in the event the September 12, 2006 mediation is successful, the Court hereby GRANTS defendants' request as follows: discovery is stayed through **September 12, 2006**, with the exception that the above-described meet and confer process may commence immediately.

For the foregoing reasons, the Court DENIES plaintiff's motion to compel and GRANTS defendants' request for a stay. (Docket Nos. 24-34).

**IT IS SO ORDERED.**

Dated: September 1, 2006

SUSAN ILLSTON
United States District Judge

2