UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN TIERNEY, an individual, | Case No.: C 06-2167 SI |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER** |
| GENESIS FINANCIAL SOLUTIONS, INC., dba GFS FINANCIAL SOLUTIONS, INC., DICK TATE and HARRY KIRLIN, dba TATE & KIRLIN ASSOCIATES, | |
| Defendants. | |

**ORDER**

The parties having achieved a settlement and for good cause, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

*[signature: Susan Ilston]*

The Hon. Susan Ilston
United States District Court Judge